1 THORNTON DAVIDSON   #166487
SCOTT C. HAWKINS   #207236

2 Thornton Davidson & Associates
2055 San Joaquin Street

3 Fresno, California 93721

4 Telephone:   (559) 256-9800
Facsimile:   (559) 256-9791

5

Attorney for Plaintiff, WILLIAM TAYLOR, by and through his

6 guardian ad litem JEANNIE EDWARDSEN

7

8 IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 * * * * *

12 WILLIAM TAYLOR, by and through **CASE No. CIV-F-04-5573**

13 his guardian ad litem,
JEANNIE EDWARDSEN,                **ORDER TO KEEP SCHOOL RECORDS**

14                                    **CONFIDENTIAL**
                Plaintiff,

15

16 vs.

17 MARIPOSA SCHOOL DISTRICT;
Richard Bernard, a minor;

18 Richard Bernard Sr.; Gloria
Bernard; Theodore Takash, a

19 Minor; Anthony P. Takash;
Donna E. Takash; Kevin Hoke,

20 a minor; Robert Hoke; Lisa
Hoke; Shelly Paige, a minor;

21 Andy Paige; Jan Paige; Heather

22 Czirban, a minor; Janice Czirban-
Cramer; and Sherman Cramer,

23

24                Defendants.
_____/

25

26     The parties, through their respective counsel, having so

27 stipulated; and good cause appearing therefore;

28

1

**ORDER TO KEEP SCHOOL RECORDS CONFIDENTIAL**

FILED

APR 2 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1    IT IS SO ORDERED that:

2        1.    Notwithstanding Education Code §§ 49076, 49602 and 20 USC
3    1232g and any other statute or regulation regarding confidentiality
4    of student records, the parties are ordered to disclose, as
5    necessary, any of such records which may be necessary to comply
6    with FRCP 26, discovery obligations or order of this court ,
7    subject to the confidentiality provisions set forth in this order.

8        2.    Any and all school records of Plaintiff, WILLIAM TAYLOR,
9    and Defendants, MICHELLE PAIGE, RICHARD BERNARD, HEATHER CZIRBAN,
10   THEODORE TAKASH, KEVIN HOKE, and named harassers/witnesses,
11   Michelle Sheton, Hanni Tucker, Cory Cheatwood, Joe Silva, Patrick
12   Miller, Brandy Surplus, and Delilah Pierce, and any other minor
13   students named and/or referenced in Plaintiff's First Amended
14   Complaint, whether obtained through discovery or other means, are
15   to remain confidential.  The records will be marked as confidential
16   and maintained by counsel for the parties.

17       3.    The confidential information will not be disclosed to or
18   used by anyone except the following persons, and said persons
19   solely for purposes of the instant litigation:

20           a)    The parties to the litigation physically accessing
21   their own records (not to include those of any other party), solely
22   as needed for purposes of this litigation;

23           b)    Counsel for the parties and their employees and
24   agents necessarily involved in conduct of the litigation;

25           c)    Experts and consultants retained by any of the
26   parties who have a need for such information to assist in the
27   litigation;

28

2

ORDER TO KEEP SCHOOL RECORDS CONFIDENTIAL

1         d)     A deposition or trial witness, where necessary to
2 the testimony of such witness; and

3         e)     The Court, jury, court personnel, and court
4 reporters.

5     4.     Before receiving, being shown or using confidential
6 information, all persons falling with in the categories listed
7 above (with exception of those listed in letter (e)), shall be
8 shown a copy of this stipulation, and shall agree in writing, or
9 verbally on the record during deposition or trial, to be bound by
10 its terms.

11     5.     All documents filed with the court containing
12 confidential information shall be filed under seal.

13     6.     Nothing in this stipulation shall prevent or limit any of
14 the parties from using or disclosing his/her/its own confidential
15 information for any purpose.

16

17 DATED:     4/22/05

18                       U.S. Magistrate Judge

19

20

21

22

23

24

25

26

27

28

3

ORDER TO KEEP SCHOOL RECORDS CONFIDENTIAL