982(a)(27)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Bernard J. McGoldrick No.201338<br>Bernard J. McGoldrick, Attorney at Law<br>49260 Chapel Hill<br>Oakhurst, CA 93644<br>TELEPHONE NO.: (559)683-4130  FAX NO. (Optional): (559)642-2700<br>E-MAIL ADDRESS (Optional): bjmcgoldrick@sti.net<br>ATTORNEY FOR (Name): Defendants, the Bernards | LODGED<br>MAY 20 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK<br><br>FILED<br>MAY 27 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno
STREET ADDRESS: 1130 "O" Street
MAILING ADDRESS: 1130 "O" Street
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME:

PLAINTIFF/PETITIONER: WILLIAM TAYLOR, a Minor, by and through his guardian ad litem, JEANNIE EDWARDSEN
DEFENDANT/RESPONDENT: MARIPOSA SCHOOL, et. al.,

| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM — CIVIL<br>[X] EX PARTE | CASE NUMBER:<br>CIV-F-04-5573 |
|---|---|

Note: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual may not act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): RICHARD BERNARD                                   is
   a. ☐ the parent of (name):
   b. ☐ the guardian of (name):
   c. ☐ the conservator of (name):
   d. ☐ a party to the suit.
   e. ☒ the minor to be represented (if the minor is 14 years of age or older).
   f. ☐ another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   RICHARD BERNARD, Sr., 3287 Triange Rd., Mariposa, CA 95338
   tel. (209)966-4190

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   RICHARD BERNARD

4. The person to be represented is:
   a. ☒ a minor (date of birth): 05/31/1987
   b. ☐ an incompetent person.
   c. ☐ a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. ☐ the person named in item 3 has a cause or causes of action on which suit should be brought (describe):

☐ Continued on Attachment 5a.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
982(a)(27) [Rev. January 1, 2004]

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM — CIVIL

Legal Solutions Plus

Code of Civil Procedure, § 372 et seq.

| PLAINTIFF/PETITIONER: WILLIAM TAYLOR, a Minor, by and through his guardian ad litem, JEANNIE EDWARDSEN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MARIPOSA SCHOOL, et. al., | CIV-F-04-5573 |

5. b. [x] more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. [ ] the person named in item 3 has no guardian or conservator of his or her estate.

   d. [x] the appointment of a guardian ad litem is necessary for the following reasons (specify): To protect the interests of the minor who is a defendant in this action.

   [ ] Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. [X] related (state relationship): Parent
   b. [ ] not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

   [ ] Continued on Attachment 7.

Bernard J. McGoldrick
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 19, 2005

RICHARD BERNARD
(TYPE OR PRINT NAME)                          (SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date: April 19, 2005

RICHARD BERNARD, Sr.
(TYPE OR PRINT NAME)                          (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

## ORDER  [ ] EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name):
is hereby appointed as the guardian ad litem for (name):
for the reasons set forth in item 5 of the application.

Date: 5/27/05                                 JUDICIAL OFFICER

[ ] SIGNATURE FOLLOWS LAST ATTACHMENT