**AUCHARD & STEWART**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2377 W. SHAW, SUITE 106
FRESNO, CALIFORNIA 93711-3438
TELEPHONE (559) 432-0991
FAX (559) 432-1025

Paul Auchard, 060474

Attorneys for Defendant, MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| WILLIAM TAYLOR, BY AND THROUGH HIS GUARDIAN AD LITEM, JEANNIE EDWARDSEN, <br><br> Plaintiff, <br><br> vs. <br><br> MARIPOSA SCHOOL MARIPOSA, Richard Bernard, a minor; Richard Bernard Sr.; Gloria Bernard; Theodore Takash, a minor; Anthony P. Takash; Donna E. Takash; Kevin Hoke, a minor; Eric Hoke; Julieann Hoke; Michelle Paige, a minor; Andy Paige; Jan Paige; Heather Czrirban, a minor; Janice Czrirban Cramer; and Sherman Cramer, <br><br> Defendants. | CASE NO. CIV-F-04-5573 OWW DLB <br><br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Upon reading the stipulation of the parties and good cause appearing:

**IT IS ORDERED** that the action against MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT is hereby dismissed with prejudice.

DATED: _Sept. 21_, 2005.     /s/ OLIVER W. WANGER
                              **UNITED STATES DISTRICT JUDGE**

G:\docs\GLucas\Orders To Be Signed\04cv5573.dismissal.wpd

*Proposed Order Dismissing Action with Prejudice*
*Case No. CIV-F-04-5573 OWW DLB*

1