1  Carol S. Corey, No. 131166

2  LAW OFFICES OF
   **EMERSON, COREY & BARSOTTI**
3  2520 WEST SHAW LANE, SUITE 102
   FRESNO, CALIFORNIA  93711-2765
   Telephone: (559) 432-7641
4  Facsimile:   (559) 432-7639

5  Attorneys for Defendants, ANDY PAIGE and JAN PAIGE

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR, BY AND THROUGH HIS GUARDIAN AD LITEM, JEANNIE EDWARDSEN, <br><br> Plaintiffs, <br> vs. <br><br> MARIPOSA SCHOOL MARIPOSA, et al., <br><br> Defendants. | Case No.: 1: 04 CV 5573 DLB <br><br> **ORDER DISMISSING ANDY PAIGE, JAN PAIGE and MICHELLE PAIGE FROM ACTION WITH PREJUDICE** |

Upon reading the stipulation of the parties and good cause appearing:

**IT IS ORDERED** that the action against ANDY PAIGE, JAN PAIGE and MICHELLE PAIGE is hereby dismissed with prejudice.

DATED: October 3, 2005

**/s/ Dennis L. Beck**
_____
**UNITED STATES MAGISTRATE JUDGE**

---

*Taylor v. Mariposa, et al.*         Order Dismissing Action with Prejudice                              Page 1
CV-F-04-5573 OWW DLB