| | |
|---|---|
| Justus C. Spillner, # 067638<br>Matthew E. Fletcher, # 198028<br>McCormick, Barstow, Sheppard<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendants
HEATHER CZRIRBAN, JANICE CZRIRBAN
CRAMER and SHERMAN CRAMER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR, by and through his guardian ad litem, JEANNIE EDWARDSEN,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIPOSA SCHOOL MARIPOSA, Richard Bernard, a minor; Richard Bernard Sr.; Gloria Bernard; Theodore Takash, a minor; Anthony P. Takash; Donna E. Takash; Kevin Hoke, a minor; Eric Hoke; Julieann Hoke; Michelle Paige, a minor; Andy Paige; Jan Paige; Heather Czrirban, a minor; Janice Czrirban Cramer; and Sherman Cramer,<br><br>            Defendants. | Case No.  CIV-F-04-5573 OWW DLB<br><br>**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANTS, HEATHER CZRIRBAN, JANICE CZRIRBAN CRAMER and SHERMAN CRAMER** |

It is hereby stipulated by and between Plaintiff and Defendants, HEATHER CZRIRBAN, JANICE CZRIRBAN CRAMER and SHERMAN CRAMER, through their respective counsel that said parties, having reached a settlement of the action, hereby jointly request the court to issue its order dismissing Defendants, HEATHER CZRIRBAN, JANICE CZRIRBAN CRAMER and SHERMAN CRAMER, from the action with prejudice.

///

Each party to bear their own attorney's costs and fees.

Dated: October 4, 2005                McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____ /S/

Justus C. Spillner
Matthew E. Fletcher
Attorneys for Defendants
HEATHER CZRIRBAN, JANICE CZRIRBAN CRAMER and SHERMAN CRAMER

Dated: September _____, 2005          THORNTON DAVIDSON & ASSOCIATES

By: _____ /S/ _____
Thornton Davidson
Attorneys for Plaintiffs
WILLIAM TAYLOR , ESTATE OF MARIANO SERVIN VARGAS; RITA ARSIGA GONZALES, an individual; JONATHAN ARSIGA VARGAS, a minor, by and through his Guardian Ad Litem, RITA ARSIGA GONZALES; MARIANA ARSIGA VARGAS, a minor, by and through her Guardian Ad Litem, RITA ARSIGA GONZALES; PEDRO CARGAS AVILA, an individual; ROSA SERVIN RODRIGUEZ, an individual

**CONSENT TO THE ABOVE DISMISSAL IS HEREBY GIVEN. IT IS ORDERED THAT THE ACTION IS HEREBY DISMISSED WITH PREJUDICE AGAINST DEFENDANTS, HEATHER CZRIRBAN, JANICE CZRIRBAN and SHERMAN CRAMER.**

Dated:   October 5, 2005          /s/ OLIVER W. WANGER
                                  Judge Oliver W. Wanger