Bernard J. McGoldrick, CBN: 201338
Bernard J. McGoldrick, Attorney at Law
49260 Chapel Hill
Oakhurst, California 93644
Telephone:    (559) 683-4130
Facsimile:     (559) 642-2700

Attorney for Defendants Richard Bernard Sr.,
Gloria Bernard, and Richard Bernard as
Guardian ad Litem for Richard Bernard, a minor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TAYLOR, a Minor, By and Through his Guardian ad Litem, JEANNIE EDWARDSEN,<br><br>Plaintiff,<br><br>vs.<br><br>MARIPOSA SCHOOL MARIPOSA, et al.,<br><br>Defendants. | Case No.: 1: 04 CV 5573 DLB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Upon reading the stipulation of the parties and good cause appearing:

**IT IS ORDERED** that the action against RICHARD BERNARD SR., GLORIA BERNARD, and RICHARD BERNARD JR., a Minor, through his Guardian ad Litem, RICHARD BERNARD SR., is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:    October 17, 2005                       /s/ Dennis L. Beck
3b142a                                            UNITED STATES MAGISTRATE JUDGE